**NOT FOR PUBLICATION  IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000129
25-MAR-2026
08:39 AM
Dkt. 10 OGMD**

NO. CAAP-26-0000129


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


WEST PHYSICIANS ASSOCIATES, LLC, Plaintiff-Appellee, v.
AGRIFINA QUIANE a/k/a AGRIFINA CORPUZ QUIANE, MD,
Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
EWA DIVISION
(CASE NO. 1DRC-25-0003953)


ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Nakasone, Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the **Motion to Dismiss** *Defendant-Appellant's Interlocutory Appeal Filed on February 27, 2026 [ICA dkt. 1]*, filed by Plaintiff-Appellee West Physicians Associates, LLC (**WPA**) on March 2, 2026, the papers in support, and the record, and noting no opposition, it appears that Defendant-Appellant Agrifina **Quiane** a/k/a Agrifina Corpuz Quiane, MD, representing herself, appeals from the February 17, 2026 **Order** *Granting in Part and Denying in Part Plaintiff's Motion for Contempt Sanctions Filed December 17, 2025 [Dkt. 172]* entered by the District Court of the First Circuit, ‘Ewa Division.  WPA seeks dismissal of the appeal for lack of jurisdiction.

The district court has not entered an appealable order. The Order is not an appealable collateral order because it does

not require Quiane to pay a specific amount by a specific day. Siangco v. Kasadate, 77 Hawaiʻi 157, 161-62, 883 P.2d 78, 82 (1994).  The Order is not appealable under the Forgay doctrine, and the district court did not grant leave for an interlocutory appeal.  See Greer v. Baker, 137 Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016) (setting forth requirements for appealability under Forgay doctrine); HRS § 641-1(b) (governing interlocutory appeals).

Therefore, IT IS HEREBY ORDERED that the Motion to Dismiss is granted, and this appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, March 25, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge